UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| JOSEPH BRENT MATTINGLY  *Plaintiff*,  v.  R.J. CORMAN RAILROAD GROUP, LLC  and  R.J. CORMAN RAILROAD SERVICES, LLC  *Defendants*. | Civil Action No. 5:19-CV-00170-JMH  **JUDGMENT** |

\* \* \*

Consistent with the Memorandum Opinion and Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The Complaint, all amendments therto, against Defendants is **DISMISSED**.

(2) This action is **CLOSED** and **STRICKEN** from the Court's active docket.

(3) This is a **FINAL** and **APPEALABLE** judgment and there is no just cause for delay.

This the 12th day of August, 2022.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge